UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-01112 |
|---|---|
| BOBBI ANN CREEGAN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Judge Henry W. Van Eck<br>Hearing Location: US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg,PA 17102<br>Hearing Date: November 8, 2023<br>Hearing Time: 9:30 am<br>Response Date: November 1, 2023 |

On 10/2/2023, I did cause a copy of the following documents, described below,

1st Amended Chapter 13 Plan

Notice on 1st Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/2/2023

/s/ Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire  93685
Attorney for Debtor
CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900
kbrayboy@cgalaw.com

Case 1:23-bk-01112-HWV    Doc 36    Filed 10/06/23    Entered 10/06/23 10:44:16    Desc
Main Document      Page 1 of 4

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>BOBBI ANN CREEGAN | CASE NO: 23-01112<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>Judge: Judge Henry W. Van Eck<br>Hearing Location: US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg,PA 17102<br>Hearing Date: November 8, 2023<br>Hearing Time: 9:30 am<br>Response Date: November 1, 2023 |

On 10/2/2023, a copy of the following documents, described below,

1st Amended Chapter 13 Plan

Notice on 1st Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brent C. Diefenderfer, Esquire
CGA Law Firm
135 North George Street
York, PA  17401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CERTIFIED 9589071052700840571019 | CERTIFIED 9589071052700840571026 | CASE INFO |
|---|---|---|
| JOHN B OWENS CEO DISCOVER FINANCIAL<br>2500 LAKE COOK ROAD<br>RIVERWOODS IL 60015 | BRIAN MOYNIHAN CEO BANK OF AMERICA CORP<br>100 NORTH TRYON STREET<br>CHARLOTTE<br>CHARLOTTE NC 28255 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-01112<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON OCT 2 9-35-41 PST 2023 |
| ~~EXCLUDE~~<br>~~(U)MORTGAGE RESEARCH CENTER LLC DBA~~<br>~~VETERANS~~ | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ |
| ASHLEY FUNDING SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | DEBTOR<br>BOBBI ANN CREEGAN<br>90 S KENNARD DALE AVENUE<br>STEWARTSTOWN PA 17363-4106 |
| BRENT C DIEFENDERFER<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OHIO 43054-3025 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JP MORGAN CHASE BANK<br>RECOVERY DEPARTMENT<br>P O BOX 659409<br>SAN ANTONIO TX 78265 |
| LAW OFFICE OD HAYT HAYT LANDAU LL<br>2 INDUSTRIAL WAY WEST<br>PO BOX 500<br>EATONTOWN NJ 07724-0500 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| ~~EXCLUDE~~<br>~~(D)(P)MOHELA~~<br>~~CLAIMS DEPARTMENT~~<br>~~633 SPIRIT DRIVE~~<br>~~CHESTERFIELD MO 63005-1243~~ | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MORTGAGE RESEARCH CENTER LLC<br>DBA VETERANS UNITED HOME LOANS<br>CO NATIONSTAR MORTGAGE LLC<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| NATION STAR MORTGAGE<br>350 HIGHLAND DR<br>LEWISVILLE TX 75067-4177 | NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIED VA 22119-3000 | NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NICHOLAS CREEGAN<br>90 S KENNARD DALE AVENUE<br>STEWARTSTOWN PA 17363-4106 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | PA DEPARTMENT OF REVENUE<br>PO BOX 281061<br>HARRISBURG PA 17128-1061 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | EXCLUDE<br>(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>VELOCITY INVESTMENTS LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SCOTT ASSOCIATES PC<br>6 KACEY COURT<br>SUITE 203<br>MECHANICSBURG PA 17055-9237 | SECRETARY OF TREASURY<br>15TH PENN AVENUE NW<br>WASHINGTON DC 20220-0001 |
| SINAI HOSPITAL OF BALTIMORE<br>2434 W BELVEDERE AVE<br>BALTIMORE MD 21215-5267 | (P)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | (P)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 |
| SYNCHRONRY BANK<br>PO BOX 965003<br>ORLANDO FL 32896-5003 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | SPRING OAKS CAPITAL SPV LLC<br>P O BOX 1216<br>CHESAPEAKE VA 23327-1216 |
| SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | WELTMAN WEINBERG REIS CO LPA<br>170 S INDEPENDENCE MALL W<br>SUITE 874<br>PHILADELPHIA PA 19106-3334 | YORK ADAMS TAX BUREAU<br>P O BOX 15627<br>YORK PA 17405-0156 |
| EXCLUDE<br>(D)BOBBI ANN CREEGAN<br>90 S KENNARD DALE AVENUE<br>STEWARTSTOWN PA 17363-4106 | BRENT DIEFENDERFER<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |