IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 1-23-01112
    Bobbi Ann Creegan :
     :
     : Chapter 13
    Debtor :

AMENDED ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSE
AMENDING BALANCE TO BE PAID BY THE TRUSTEE

UPON CONSIDERATION OF a review of the First Fee Application filed by Brent C. Diefenderfer, Esquire, counsel for the above Debtor on September 18, 2023 and upon a review of the record revealing that Notice was given to all creditors and other parties in interest, Brent C. Diefenderfer consents to reduce $600.00 from the First Fee Application. For a total award of $6,655.94.

IT IS HEREBY ORDERED that the receipt of $1,800.00 from the Debtor, and $0 received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $4,855.94. It is further,

ORDERED that an amended plan shall be filed within 30 days of the date of this Order, which fully funds the necessary payments under the plan including the legal fees and expenses payable pursuant to this Order. Should no amended plan be approved, the Chapter 13 Trustee shall only pay the CGA Law Firm the amount within the current plan to the funding limit and the unfunded portion of this fee application shall not be paid until such time that a plan is approved funding the entire fee application.