UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-01112 |
|---|---|
| BOBBI ANN CREEGAN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | Judge: Judge Henry W. Van Eck |

On 11/9/2023, I did cause a copy of the following documents, described below,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/9/2023

/s/ Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire  93685
Attorney for Debtor
CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900
kbrayboy@cgalaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BOBBI ANN CREEGAN

CASE NO: 23-01112

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Henry W. Van Eck

On 11/9/2023, a copy of the following documents, described below,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/9/2023



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brent C. Diefenderfer, Esquire
CGA Law Firm
135 North George Street
York, PA  17401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                              EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING      (U)MORTGAGE RESEARCH CENTER   LLC DBA    UNITED STATES TRUSTEE
NCRS ADDRESS DOWNLOAD                  VETERANS                                 US COURTHOUSE
CASE 23-01112                                                                   1501 N 6TH ST
MIDDLE DISTRICT OF PENNSYLVANIA                                                 HARRISBURG  PA 17102-1104
THU NOV 9 8-9-55 PST 2023


EXCLUDE
US BANKRUPTCY COURT                    ASHLEY FUNDING SERVICES   LLC            BANK OF AMERICA
SYLVIA H RAMBO US COURTHOUSE           RESURGENT CAPITAL SERVICES               ATTN BANKRUPTCY
1501 N 6TH STREET                      PO BOX 10587                             4909 SAVARESE CIRCLE
HARRISBURG  PA 17102-1104              GREENVILLE  SC 29603-0587                TAMPA  FL 33634-2413


DEBTOR
BOBBI ANN CREEGAN                      BRENT C DIEFENDERFER                     CAPITAL ONE
90 S KENNARD DALE AVENUE               CGA LAW FIRM                             ATTN BANKRUPTCY
STEWARTSTOWN  PA 17363-4106            135 NORTH GEORGE STREET                  PO BOX 30285
                                       YORK  PA 17401-1132                      SALT LAKE CITY  UT 84130-0285


(P)JPMORGAN CHASE BANK  N A            CREDIT ONE BANK                          CAPITAL ONE NA
BANKRUPTCY MAIL INTAKE TEAM            ATTN BANKRUPTCY DEPARTMENT               BY AMERICAN INFOSOURCE AS AGENT
700 KANSAS LANE FLOOR 01               PO BOX 98873                             PO BOX 71083
MONROE LA 71203-4774                   LAS VEGAS  NV 89193-8873                 CHARLOTTE  NC  28272-1083


DISCOVER FINANCIAL                     DISCOVER BANK                            INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY                        PO BOX 3025                              CENTRALIZED INSOLVENCY OPERATION
PO BOX 3025                            NEW ALBANY OHIO 43054-3025               PO BOX 7346
NEW ALBANY  OH 43054-3025                                                       PHILADELPHIA  PA 19101-7346


JP MORGAN CHASE BANK                   LAW OFFICE OD HAYT HAYT  LANDAU LL       LVNV FUNDING  LLC
RECOVERY DEPARTMENT                    2 INDUSTRIAL WAY WEST                    RESURGENT CAPITAL SERVICES
P O BOX 659409                         PO BOX 500                               PO BOX 10587
SAN ANTONIO  TX 78265                  EATONTOWN  NJ 07724-0500                 GREENVILLE  SC 29603-0587


                                       EXCLUDE
(P)MOHELA                              (D)(P)MOHELA                             MIDLAND CREDIT MANAGEMENT  INC
CLAIMS DEPARTMENT                      CLAIMS DEPARTMENT                        PO BOX 2037
633 SPIRIT DRIVE                       633 SPIRIT DRIVE                         WARREN  MI 48090-2037
CHESTERFIELD MO 63005-1243             CHESTERFIELD MO 63005-1243


MORTGAGE RESEARCH CENTER  LLC          NATION STAR MORTGAGE                     NAVY FCU
DBA VETERANS UNITED HOME LOANS         350 HIGHLAND DR                          ATTN BANKRUPTCY
CO NATIONSTAR MORTGAGE LLC             LEWISVILLE  TX 75067-4177                PO BOX 3000
ATTENTION BANKRUPTCY DEPARTMENT                                                 MERRIFIED  VA 22119-3000
PO BOX 619096
DALLAS TX 75261-9096


NAVY FCU                               NICHOLAS CREEGAN                         NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY                        90 S KENNARD DALE AVENUE                 PO BOX 3000
PO BOX 3000                            STEWARTSTOWN  PA 17363-4106              MERRIFIELD  VA 22119-3000
MERRIFIELD  VA 22119-3000
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PA DEPARTMENT OF REVENUE<br>PO BOX 281061<br>HARRISBURG PA 17128-1061 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>VELOCITY INVESTMENTS LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SCOTT ASSOCIATES PC<br>6 KACEY COURT<br>SUITE 203<br>MECHANICSBURG PA 17055-9237 |
| SECRETARY OF TREASURY<br>15TH PENN AVENUE NW<br>WASHINGTON DC 20220-0001 | SINAI HOSPITAL OF BALTIMORE<br>2434 W BELVEDERE AVE<br>BALTIMORE MD 21215-5267 | (P)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |
| (P)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | SYNCHRONRY BANK<br>PO BOX 965003<br>ORLANDO FL 32896-5003 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| SPRING OAKS CAPITAL SPV LLC<br>P O BOX 1216<br>CHESAPEAKE VA 23327-1216 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | WELTMAN WEINBERG REIS CO LPA<br>170 S INDEPENDENCE MALL W<br>SUITE 874<br>PHILADELPHIA PA 19106-3334 |
| YORK ADAMS TAX BUREAU<br>P O BOX 15627<br>YORK PA 17405-0156 | ~~EXCLUDE~~<br>~~(D)BOBBI ANN CREEGAN~~<br>~~90 S KENNARD DALE AVENUE~~<br>~~STEWARTSTOWN PA 17363-4106~~ | BRENT DIEFENDERFER<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 |
| (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |