IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | BOBBI ANN CREEGAN | : CHAPTER 13 |
| | Debtor | : |
| | | : |
| | JACK N. ZAHAROPOULOS | : |
| | STANDING CHAPTER 13 TRUSTEE | : |
| | Objectant | : |
| | | : |
| | vs. | : CASE NO. 1:23-bk-01112-HWV |
| | | : |
| | BRENT DIEFENDERFER, ESQUIRE | : OBJECTION TO APPLICATION |
| | Applicant | : FOR ATTORNEY FEES |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED the attorney fees sought in the Second Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: