IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                          Case No. 1:23-bk-01112-HWV
                                                                             Chapter 13

Bobbi Ann Creegan aka Bobbi Ann Thompson

Debtor(s).

## NOTICE OF APPEARANCE

**Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                               By:   /s/ Steven K. Eisenberg
                                                          Steven K. Eisenberg, Esquire
                                                          Bar No: 75736
                                                          Stern & Eisenberg, PC
                                                          1581 Main Street, Ste. 200
                                                          The Shops at Valley Square
                                                          Warrington, PA 18976
                                                          Phone: 215-572-8111
                                                          Fax: 215-572-5025
                                                          seisenberg@sterneisenberg.com
                                                          Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 2nd day of January, 2026, to the following:

Brent Diefenderfer
CGA Law Firm
135 North George Street
York, PA 17401
bdiefenderfer@cgalaw.com
***Attorney for Debtor(s)***


Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive
Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***


Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Bobbi Ann Creegan aka Bobbi Ann Thompson
90 S. Kennard Dale Avenue
Stewartstown, PA 17363

***Debtor(s)***

      By:      /s/ Steven K. Eisenberg
            Steven K. Eisenberg, Esquire