United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 23-01112-HWV

Bobbi Ann Creegan                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 2

Date Rcvd: May 19, 2026                 Form ID: trc                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5555915 | + Email/Text: nsm_bk_notices@mrcooper.com | May 19 2026 18:51:00 | Mortgage Research Center, LLC, d/b/a Veterans United Home Loans, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Adam Bradley Hall
                                on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corporation amps@manleydeas.com

Brent Diefenderfer
                                on behalf of Debtor 1 Bobbi Ann Creegan bdiefenderfer@cgalaw.com
                                jhall@cgalaw.com;rshearer@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com;jrosenau@cgalaw.com;ycaraballo@cgalaw.com

Jack N Zaharopoulos
                                ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corporation bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Steven K Eisenberg

on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corporation seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-01112-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Bobbi Ann Creegan
90 S. Kennard Dale Avenue
Stewartstown PA 17363

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/18/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Mortgage Research Center, LLC, d/b/a Veterans United Home Loans, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 | Carrington Mortgage Services, LLC<br>500 N. State College Blvd.,<br>Suite 1030, 1300 and 1400<br>Orange, CA  92868<br>Carrington Mortgage Services, LLC<br>500 N. State College Blvd., |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/21/26

Seth F. Eisenberg
**CLERK OF THE COURT**